IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO.: 5:10-CV-55-RLV-DCK

| | |
|---|---|
| LEE NORWOOD ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| DOLGENCORP, INC.; DOLGENCORP ) | |
| OF NEW YORK, INC.; DOLGENCORP ) | |
| OF TEXAS, INC; AND DOLLAR ) | |
| GENERAL PARTNERS, ) | |
| ) | |
| Defendants. ) | |

Having considered Plaintiff's "Application for Admission To Practice *Pro Hac Vice*" (Document No. 20) of Charles Lance Gould, the Court will **GRANT** the motion. Therefore, Charles Lance Gould is permitted to appear *pro hac vice* on behalf of plaintiff, Lee Norwood.

Signed: May 17, 2010

David C. Keesler
United States Magistrate Judge